# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:21-MJ-00103 |
| Plaintiff, | Magistrate Judge Sharon L. Ovington |
| vs. | |
| DEMETRIUS WALLACE, JR., | |
| Defendant. | |

## REMOVAL AND COMMITMENT ORDER

This case came to be heard pursuant to Fed. R. Crim. P. 5(c)(3). Defendant herein was arrested in this District on a warrant issued upon an Indictment in the United States District Court, Northern District of Ohio, in Case No. 3:20CR828. Defendant appeared in open Court on March 16, 2021, and after being advised of his rights, waived his right to an identity hearing and detention hearing on the Government's Motion for Pretrial Detention. Defendant requested that a detention hearing be held in the Northern District of Ohio.

**IT IS ORDERED THAT THE DEFENDANT BE REMOVED TO THE** United States District Court for the Northern District of Ohio, where the charges are pending against him, for any other proceedings, as ordered by that court.

**TO THE UNITED STATES MARSHAL:**

You are hereby commanded to take custody of the above-named Defendant and to transport that Defendant with a copy of this commitment forthwith to the district of offense as specified above and there deliver the Defendant to the United States Marshal for that District or to some other officer authorized to receive the Defendant, all proceedings required by Fed. R. Crim. P. 5 having been completed.

March 16, 2021                                          *s/Sharon L. Ovington*
                                                                                Sharon L. Ovington
                                                 United States Magistrate Judge